**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)

# UNITED STATES BANKRUPTCY COURT     Central District Of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on June 3, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593**

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>Justina Nam Ramirez<br>11851 Percheron Road<br>Garden Grove, CA 92843 | **Case Number:**<br>**8:10-bk-17503-ES** |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer-ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx-xx-8216 |
| Attorney for Debtor(s) (name and address):<br>Jonathan P Cothran<br>Kiet, Cothran & Zirillo APC<br>1576 N Batavia St Ste 1C<br>Orange, CA 92867<br>Telephone number:  714-974-5652 | Bankruptcy Trustee (name and address):<br>Charles W Daff<br>2009 N. Broadway<br>Santa Ana, CA 92706<br>Telephone number:  714-541-0301 |

## Meeting of Creditors

Date: **July 14, 2010**      Time: **10:00 AM**
Location: **411 W Fourth St., Room 3-110, Santa Ana, CA 92701**

## Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

## Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: September 13, 2010**
**Deadline to Object to Exemptions:**  Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

## Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4593<br>Telephone number:  714-338-5300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open:  9:00 AM - 4:00 PM | Date:  June 4, 2010 |
| **(Form rev. 12/09:341-B9A)** | / |

**EXPLANATIONS** B9A (Official Form 9A)(12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state−issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W−2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593** . You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701. |

−− **Refer to Other Side for Important Deadlines and Notices** −−

# CERTIFICATE OF NOTICE

```
District/off: 0973-8           User: statumC              Page 1 of 2              Date Rcvd: Jun 04, 2010
Case: 10-17503                 Form ID: b9a               Total Noticed: 40


The following entities were noticed by first class mail on Jun 06, 2010.
db         +Justina Nam Ramirez,   11851 Percheron Road,   Garden Grove, CA 92843-1607
smg         Employment Development Dept.,   Bankruptcy Group MIC 92E,    P.O. Box 826880,
             Sacramento, CA 94280-0001
ust        +United States Trustee (SA),   411 W Fourth St., Suite 9041,    Santa Ana, CA 92701-8000
26577746   +Ace Cash Express,   1231 Greenway Drive, Ste. 600,    Irving, TX 75038-2511
26577748   +Americredit,   Po Box 181145,   Arlington, TX 76096-1145
26577751   +Cash N More,   3770 W. Mc Fadden Ave. #B,   Santa Ana, CA 92704-1393
26577752   +Cba,   25954 Eden Landing First Floor,   Hayward, CA 94545-3899
26577753   +Cba Collection Bureau,   25954 Eden Landing Rd,   Hayward, CA 94545-3837
26577755   +Central Finl Control,   Po Box 66051,   Anaheim, CA 92816-6051
26577756   +Certegy,   P.O. Box 30046,   Tampa, FL 33630-3046
26577757   +Cmre Finance,   3075 E Imperial Hw Suite 200,   Brea, CA 92821-6753
26577758   +Collection,   Po Box 9134,   Needham, MA 02494-9134
26577760   +Dan Nguyen,   634 Oak Ct.,   c/o John E. Bouzane, Esq.,   San Bernardino, CA 92410-3338
26577761   +Financial Credit Netwo,   1300 W Main St,   Visalia, CA 93291-5825
26577765   +John E. Bouzane,   634 Oak Ct.,   San Bernardino, CA 92410-3338
26577768   +Mtn Ln Acq,   Po Box 228,   Stanton, CA 90680-0228
26577769    Net Pay Advance,   940 N. Tyler Road STE 208,   Wichita, KS 67212-3266
26577770   +Ocs Recovery Inc,   109 S Main St,   Lake Elsinore, CA 92530-4108
26577771   +PCC,   8726-D Sepulveda Blvd., PMB 1321,   Los Angeles, CA 90045-4082
26577772   +Professional Collectio,   Po Box 45274,   Los Angeles, CA 90045-0274
26577773   +QC Financial Services, Inc,   c/o California Budget Finance,    6532 Westminster Blvd.,
             Westminster, CA 92683-3626
26577774   +Regent Asset Management Solutions,   7290 Samuel Dr., Ste: 200,    Denver, CO 80221-2792
26577776   +Scott D. Wu,   8726-D Sepulveda Blvd., PMB 1321,   Los Angeles, CA 90045-4082
26577777   +Southwest Collection S,   1111 E Katella Ave Ste 2,   Orange, CA 92867-5064
26577780   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank/NA ND,   4325 17th Ave. SW,   Fargo, ND 58125)

The following entities were noticed by electronic transmission on Jun 05, 2010.
aty        +E-mail/Text: kczlawBK@gmail.com                            Jonathan P Cothran,
             Kiet, Cothran & Zirillo APC,   1576 N Batavia St Ste 1C,   Orange, CA 92867-3559
tr         +EDI: QCWDAFF.COM Jun 04 2010 21:23:00      Charles W Daff,   2009 N. Broadway,
             Santa Ana, CA 92706-2611
smg         EDI: CALTAX.COM Jun 04 2010 21:18:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
             Sacramento, CA 95812-2952
26577747   +Fax: 864-336-7400 Jun 05 2010 03:33:52      Advanca America,   13187 South Harbor Blvd.,
             Garden Grove, CA 92843-1717
26577749   +EDI: ARROW.COM Jun 04 2010 21:13:00      Arrow Financial Servic,   5996 W Touhy Ave,
             Niles, IL 60714-4610
26577750   +EDI: CAPITALONE.COM Jun 04 2010 21:13:00      Cap One,   Po Box 85520,   Richmond, VA 23285-5520
26577754   +EDI: CBCSI.COM Jun 04 2010 21:23:00      Cbcs,   Po Box 163250,   Columbus, OH 43216-3250
26577759   +E-mail/Text: khoward@ccurr.com                            Continental Currency Services,
             1108 E. 17th Street,   Santa Ana, CA 92701-2600
26577762   +EDI: AMINFOFP.COM Jun 04 2010 21:18:00      First Premier Bank,   601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
26577763   +EDI: RMSC.COM Jun 04 2010 21:18:00      Gemb/Walmart,   Po Box 981400,   El Paso, TX 79998-1400
26577764   +EDI: HNDA.COM Jun 04 2010 21:23:00      Honda Fin,   6261 Katella Ave # 1 A,
             Cypress, CA 90630-5249
26577766   +EDI: RESURGENT.COM Jun 04 2010 21:23:00      Lvnv Funding Llc,   Po Box 740281,
             Houston, TX 77274-0281
26577767   +EDI: TSYS2.COM Jun 04 2010 21:13:00      Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
26577775   +EDI: PHINRJMA.COM Jun 04 2010 21:18:00      Rjm Acq Llc,   575 Underhill Blvd Ste 2,
             Syosset, NY 11791-3426
26577778    E-mail/Text: bankruptcy@speedyinc.com                            Speedy Cash,
             3611 North Ridge Road,   Wichita, KS 67205-1214
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26577779    Target Nb
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0973-8           User: statumC            Page 2 of 2                Date Rcvd: Jun 04, 2010
Case: 10-17503                 Form ID: b9a             Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2010**          **Signature:**   _Joseph Speetjens_