| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| JOHN E BOUZANE ATTORNEY AT LAW BAR #079804<br>634 OAK CT<br>SAN BERNARDINO CA 92410<br><br>909-889-2000<br>FAX 909-889-3900<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* | **FILED & ENTERED**<br><br>SEP 02 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** wright    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>Justina Nam Ramirez<br><br><br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 8:10-17503-ES |
| | DATE: 8/31/10<br>TIME: 9:30 AM<br>CTRM: 5A<br>FLOOR: |

# ORDER GRANTING MOTION FOR RELIEF FROM STAY
## UNDER 11 U.S.C. § 362
### (Unlawful Detainer)
### (MOVANT: Dan Nguyen,)

1. The Motion was:    ☐ Contested    ☒ Uncontested    ☐ Settled by Stipulation

2. This Order applied to the following residential or nonresidential real property (the "Property"):

   *Street Address: 11851 Percheron Rd*
   *Apartment/Suite no.:*
   *City, State, Zip Code: Garden Grove, CA 92843*

3. The Court orders that the Motion is granted under 11 U.S.C. § 362(d)(1) and (d)(2). The stay of 11 U.S.C. § 362(a) and the co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a), if applicable, (the "Stay") is/are terminated as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to Movant, its successors, transferees and assigns ("Movant"). Movant may enforce its remedies to obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate, except by filing a Proof of Claim in this bankruptcy case pursuant to 11 U.S.C. § 501.

4. The Court further orders as follows:

   a. ☐ Movant shall not cause the Debtor(s) to be locked out before the following date *(specify)*:

   b. ☐ The Stay is annulled retroactive to the petition date. Any postpetition acts taken by Movant to enforce its remedies to obtain possession of the Property shall not constitute a violation of the Stay.

   c. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   d. ☐ All provisions of this Order also apply to relief from the co-debtor under 11 U.S.C. § 1201 or § 1301, as applicable to the above-named co-debtor.

*(This Order is continued on the next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-10.UD**

Order Granting Motion for Relief from Stay – Page 2           F 4001-10.UD

| In re: Justina Nam Ramirez | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 10-17503-ES |

e. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

f. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10.ER)*.

g. ☐ See attached continuation page for additional provisions.

###

DATED: September 2, 2010

_Erithe A. Smith_
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                           F 4001-10.UD

Order Granting Motion for Relief from Stay – Page 3    **F 4001-10.UD**

| In re: Justina Nam Ramirez | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 10-17503-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

634 Oak Ct San Bernardino, Ca 92410

A true and correct copy of the foregoing document described Order Granting Motion for Relief will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On   8/31/10  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Justina Nam Ramirez** 11851 Percheron Road Garden Grove, CA 92843 (us mail)

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on   8/31/10   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Jonathan P Cothran    kczlawbk@gmail.com
Charles W Daff (TR)    cdaff@epiqtrustee.com, cdaff@ecf.epiqsystems.com
James Hogan    customer.service.bk@americredit.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Judge Erithe Smith 411 W Fourth St Santa Ana, Ca (Chambers)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/31/10 | NICOLE SMITH | /S/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-10.UD**

Order Granting Motion for Relief from Stay – Page 4       F 4001-10.UD

| In re: Justina Nam Ramirez | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 10-17503-ES |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Order Granting Motion for Relief from Stay was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 8/31/10 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
Jonathan P Cothran   kczlawbk@gmail.com
Charles W Daff (TR)   cdaff@epiqtrustee.com, cdaff@ecf.epiqsystems.com
James Hogan   customer.service.bk@americredit.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Justina Nam Ramirez** 11851 Percheron Road Garden Grove, CA 92843

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

# CERTIFICATE OF NOTICE

```
District/off: 0973-8          User: admin              Page 1 of 1              Date Rcvd: Sep 02, 2010
Case: 10-17503                Form ID: pdf033          Total Noticed: 2

The following entities were noticed by first class mail on Sep 04, 2010.
db          +Justina Nam Ramirez,   11851 Percheron Road,   Garden Grove, CA 92843-1607
cr         ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court:   AMERICREDIT FINANCIAL SERVICES, INC.,   POB 183853,
              ARLINGTON, TX   76096)

The following entities were noticed by electronic transmission.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Dan Nguyen
                                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 04, 2010**                         **Signature:**    *Joseph Speetjens*