B18 (Official Form 18)(12/07)

## United States Bankruptcy Court
## Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**  
Justina Nam Ramirez

**BANKRUPTCY NO.** 8:10−bk−17503−ES

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−8216  
**Employer Tax−Identification (EIN) No(s).(if any):** N/A  
**Debtor Discharge Date:** 9/20/10

**Address:**  
11851 Percheron Road  
Garden Grove, CA 92843

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: September 20, 2010

**Kathleen J. Campbell**  
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 03/09) VAN−30

19 − 6 / RCG

B18 (Official Form 18) Cont. Rev.(12/07)

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-8          User: rcammisoC              Page 1 of 2              Date Rcvd: Sep 20, 2010
Case: 10-17503                Form ID: b18                Total Noticed: 39
```

The following entities were noticed by first class mail on Sep 22, 2010.
```
db         +Justina Nam Ramirez,   11851 Percheron Road,   Garden Grove, CA 92843-1607
smg         Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
             Sacramento, CA  94280-0001
26577746   +Ace Cash Express,   1231 Greenway Drive, Ste. 600,   Irving, TX 75038-2511
26577748   +Americredit,   Po Box 181145,   Arlington, TX 76096-1145
26577751   +Cash N More,   3770 W. Mc Fadden Ave. #B,   Santa Ana, CA 92704-1393
26577752   +Cba,   25954 Eden Landing First Floor,   Hayward, CA 94545-3899
26577753   +Cba Collection Bureau,   25954 Eden Landing Rd,   Hayward, CA 94545-3837
26577755   +Central Finl Control,   Po Box 66051,   Anaheim, CA 92816-6051
26577756   +Certegy,   P.O. Box 30046,   Tampa, FL 33630-3046
26577757   +Cmre Finance,   3075 E Imperial Hw Suite 200,   Brea, CA 92821-6753
26577758   +Collection,   Po Box 9134,   Needham, MA 02494-9134
26577760   +Dan Nguyen,   634 Oak Ct.,   c/o John E. Bouzane, Esq.,   San Bernardino, CA 92410-3338
26577761   +Financial Credit Netwo,   1300 W Main St,   Visalia, CA 93291-5825
26577765   +John E. Bouzane,   634 Oak Ct.,   San Bernardino, CA 92410-3338
26577768   +Mtn Ln Acq,   Po Box 228,   Stanton, CA 90680-0228
26577769    Net Pay Advance,   940 N. Tyler Road STE 208,   Wichita, KS 67212-3266
26577770   +Ocs Recovery Inc,   109 S Main St,   Lake Elsinore, CA 92530-4108
26577771   +PCC,   8726-D Sepulveda Blvd., PMB 1321,   Los Angeles, CA 90045-4082
26577772   +Professional Collectio,   Po Box 45274,   Los Angeles, CA 90045-0274
26577773   +QC Financial Services, Inc,   c/o California Budget Finance,   6532 Westminster Blvd.,
             Westminster, CA 92683-3626
26577774   +Regent Asset Management Solutions,   7290 Samuel Dr., Ste: 200,   Denver, CO 80221-2792
26577776   +Scott D. Wu,   8726-D Sepulveda Blvd., PMB 1321,   Los Angeles, CA 90045-4082
26577777   +Southwest Collection S,   1111 E Katella Ave Ste 2,   Orange, CA 92867-5064
26577780   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: US Bank/NA ND,   4325 17th Ave. SW,   Fargo, ND 58125)
```

The following entities were noticed by electronic transmission on Sep 21, 2010.
```
tr         +EDI: QCWDAFF.COM Sep 21 2010 00:08:00      Charles W Daff (TR),   2009 N. Broadway,
             Santa Ana, CA 92706-2611
smg         EDI: CALTAX.COM Sep 21 2010 03:43:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
             Sacramento, CA  95812-2952
cr          EDI: PHINAMERI.COM Sep 21 2010 00:08:00      AMERICREDIT FINANCIAL SERVICES, INC.,   POB 183853,
             ARLINGTON, TX  76096
26577747   +Fax: 864-336-7400 Sep 21 2010 05:31:45      Advanca America,   13187 South Harbor Blvd.,
             Garden Grove, CA 92843-1717
26577749   +EDI: ARROW.COM Sep 21 2010 00:08:00      Arrow Financial Servic,   5996 W Touhy Ave,
             Niles, IL 60714-4610
26577750   +EDI: CAPITALONE.COM Sep 21 2010 00:08:00      Cap One,   Po Box 85520,   Richmond, VA 23285-5520
26577754   +EDI: CBCSI.COM Sep 21 2010 00:08:00      Cbcs,   Po Box 163250,   Columbus, OH 43216-3250
26577759   +E-mail/Text: khoward@ccurr.com                           Continental Currency Services,
             1108 E. 17th Street,   Santa Ana, CA 92701-2600
26577762   +EDI: AMINFOFP.COM Sep 21 2010 00:08:00      First Premier Bank,   601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
26577763   +EDI: RMSC.COM Sep 21 2010 00:08:00      Gemb/Walmart,   Po Box 981400,   El Paso, TX 79998-1400
26577764   +EDI: HNDA.COM Sep 21 2010 00:08:00      Honda Fin,   6261 Katella Ave # 1 A,
             Cypress, CA 90630-5249
26577766   +EDI: RESURGENT.COM Sep 21 2010 00:08:00      Lvnv Funding Llc,   Po Box 740281,
             Houston, TX 77274-0281
26577767   +EDI: TSYS2.COM Sep 21 2010 00:08:00      Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
26577775   +EDI: PHINRJMA.COM Sep 21 2010 00:08:00      Rjm Acq Llc,   575 Underhill Blvd Ste 2,
             Syosset, NY 11791-3426
26577778    E-mail/Text: bankruptcy@speedyinc.com                           Speedy Cash,
             3611 North Ridge Road,   Wichita, KS 67205-1214
                                                                                              TOTAL: 15
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp        Dan Nguyen
26577779    Target Nb
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0973-8            User: rcammisoC            Page 2 of 2            Date Rcvd: Sep 20, 2010
Case: 10-17503                  Form ID: b18               Total Noticed: 39

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2010**                              **Signature:**    *Joseph Speetjens*