Jonathan Cothran, SBN: 259210
Kiet Cothran & Zirillo, APC
1576 N. Batavia St., Ste. 1C
Orange, California 92867
Telephone:    714.974.5652
Facsimile:    714.221.0890

Attorney for Debtor:
Justina Ramirez

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Justina Ramirez,<br><br>Debtor. | Case No.: **8:10-bk-17503-ES**<br><br>**Chapter 7**<br><br>**MOTION TO REOPEN CASE UNDER 11 U.S.C. § 350(b) AND F.R.B.P. 5010** |

**NOTICE IS HEREBY GIVEN** that Debtor, **JUSTINA RAMIREZ** is requesting a **MOTION TO REOPEN CASE UNDER 11 U.S.C. § 350(b) AND F.R.B.P. 5010** so that the court may hear the Debtor's motion for an **ORDER TO SHOW CAUSE** why **DAN NGUYEN** and **JOHN BOUZANE, ESQ.** should not be held in contempt. If any interested party objects to the issuance of this order they shall file an objection with the United States Bankruptcy Court located at 411 W. 4th Street, Santa Ana, California 92701 within **5 days** of the service of this notice.

Dated: October 15, 2010

RESPECTFULLY SUBMITTED
Kiet Cothran & Zirillo, APC

_____
Jonathan Cothran
Attorney for Debtor

Motion to Reopen Case
- 1 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1576 N Batavia Street., Ste. 1C, Orange, CA 92867**

A true and correct copy of the foregoing document described as <u>MOTION TO REOPEN CASE</u> will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 15, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Charles Daff, cdaff@epiqtrustee.com
US Trustee, ustpregion16.sa.ecf@usdoj.gov
John E. Bouzane, fastevictionservice@linkline.com
Jonathan Cothran, kczlawbk@gmail.com

II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served): On **October 15, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Charles Daff, Chapter 7 Trustee, 2009 N. Broadway, Santa Ana, CA 92706**
**US Trustee, 411 W Fourth Street, Suite 9041, Santa Ana, CA 92701**
**Judge Erithe Smith, 411 W. Fourth Street, Suite 5041, Santa Ana, CA 92701**
**John E. Bouzane, 634 Oak Court, San Bernardino, CA 92410 (By Certified Mail)**
**Dan Nguyen, 11851 Percheron Road, Garden Grove, CA 92843**
**Dan Nguyen, 750 East Grand Canyon Drive, Chandler, AZ 85249**
**Dan Nguyen, C/O: John Bouzane, Esq., 634 Oak Court, San Bernardino, CA 92410**
**Dan Nguyen, C/O: Real Property Management, 7400 Center Ave., Ste. 210, Huntington Beach, CA 92647 (By Certified Mail)**
**Justina Ramirez, 12662 Nelson Street, Apt. H, Garden Grove, CA 92840**
[ ]    Service information continued on attached page

III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 15, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
[ ]    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/15/2010 | German Munoz | /s/ German Munoz |
|---|---|---|
| Date | Type Name | Signature |

Motion to Reopen Case