Jonathan Cothran, SBN: 259210
Kiet Cothran & Zirillo, APC
1576 N. Batavia St., Ste. 1C
Orange, California 92867
Telephone:    714.974.5652
Facsimile:    714.221.0890

Attorney for Debtor:
Justina Ramirez

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In Re: | Case No.: **8:10-bk-17503-ES** |
|---|---|
| Justina Ramirez, | **Chapter 7** |
| Debtor. | **NOTICE OF MOTION AND ORDER TO SHOW CAUSE** |
|  | Hearing Date:  TBD by Court  <br> Time:  TBD by Court  <br> Location:  411 W. 4th Street, Santa Ana, CA 92701; Crtrm 5A |

**NOTICE IS HEREBY GIVEN** that Debtor, **JUSTINA RAMIREZ** is requesting an **ORDER TO SHOW CAUSE** why **DAN NGUYEN** and **JOHN BOUZANE, ESQ.** should not be held in contempt. If any interested party objects to the issuance of this order they shall file an objection with the United States

NOTICE OF MOTION AND ORDER TO SHOW CAUSE
- 1 -

1  Bankruptcy Court located at 411 W. 4th Street, Santa Ana, California 92701 within
2  **5 days** of the service of this notice.
3  //

                                                 RESPECTFULLY SUBMITTED
                                                 Kiet Cothran & Zirillo, APC

Dated: October 15, 2010

                                                 Jonathan Cothran
                                                 Attorney for Debtor