1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jonathan Cothran, SBN: 259210
Kiet Cothran & Zirillo, APC
1576 N. Batavia St., Ste. 1C
Orange, California 92867
Telephone:     714.974.5652
Facsimile:     714.221.0890

Attorney for Debtor:
Justina Ramirez

FILED & ENTERED

OCT 26 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In Re:

    Justina Ramirez,

        Debtor.

Case No.: **8:10-bk-17503-ES**

**Chapter 7**

**ORDER TO SHOW CAUSE WHY DAN NGUYEN AND JOHN BOUZANE, ESQ. SHOULD NOT BE HELD IN CONTEMPT OF COURT AND ORDERED TO PURGE THEMSELVES OF CONTEMPT**

Hearing Date: **November 30, 2010**
Time:              **10:30 a.m.**
Ctrm:             **5A**
Location:       **411 W. 4th Street**
                      **Santa Ana, CA**

    Having reviewed the Motion for Issuance of an Order to Show Cause Re: Contempt against DAN NGUYEN and JOHN BOUZANE, ESQ. ("Responding Parties") for the Violation of the Automatic Stay and Order of the Court, which motion  1) alleges improper postpetition communications relating to the collection

of a prepetition debt  in violation of the automatic stay provisions of 11 U.S.C. Section 362(a),   2) alleges that Responding Parties sought and obtained a judgment for deficiency damages in violation of 11 U.S.C. Section 362 as well as this court's order entered September 2, 2010 granting relief from stay to obtain possession of the subject real property but expressly prohibiting the procurement of a judgment for deficiency damages, and 3)  alleges facts suggesting a violation of the discharge injunction provisions of  11 U.S.C. Section 524(a)(2) by virtue of the Responding Parties' continuing fa ilure to seek and obtain the vacation of the deficiency judgment, the Court HEREBY ORDERS as follows:

Responding Parties DAN NGUYEN and JOHN BOUZANE, ESQ. shall appear on the date and at the time indicated above and show cause why each of them should not be (1) held in contempt of this Court, and (2) ordered to purge themselves of contempt by (a) vacating the judgment entered for deficiency damages against the Debtor  and (b) by reimbursing the Debtor for all allowable damages (compensatory and punitive), costs, expenses, and  attorneys fees which the Debtor has suffered and incurred as a result of the conduct noted above.

Any response to this Order to Show Cause by the Responding Parties must be filed  by or before **November 16, 2010 and served on Debtor's counsel so that it is received by such date.**

Any reply by the Debtor shall be filed by or before **November 23, 2010 and served so that it is received by Responding Parties by such date.**

IT IS SO ORDERED.

## 

DATED: October 26, 2010

United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1576 N Batavia Street., Ste. 1C, Orange, CA 92867**

A true and correct copy of the foregoing document described as <u>ORDER TO SHOW CAUSE</u> will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 15,  2010**    I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

NOTE: - Proposed orders are not docketed.  Therefore, do not list any addresses in Category I.

II.  SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served): On **October 15,  2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Charles Daff, Chapter 7 Trustee, 2009 N. Broadway, Santa Ana, CA 92706**
**US Trustee, 411 W Fourth Street, Suite 9041, Santa Ana, CA 92701**
**Judge Erithe Smith, 411 W. Fourth Street, Suite 5041, Santa Ana, CA 92701**
**John E. Bouzane, 634 Oak Court, San Bernardino, CA 92410 (By Certified Mail)**
**Dan Nguyen, 11851 Percheron Road, Garden Grove, CA 92843**
**Dan Nguyen, 750 East Grand Canyon Drive, Chandler, AZ 85249**
**Dan Nguyen, C/O:  John Bouzane, Esq., 634 Oak Court, San Bernardino, CA 92410**
**Dan Nguyen, C/O:  Real Property Management, 7400 Center Ave., Ste. 210, Huntington Beach, CA 92647 (By Certified Mail)**
**Justina Ramirez, 12662 Nelson Street, Apt. H, Garden Grove, CA 92840**

[ ]      Service information continued on attached page

III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 15,  2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

[ ]      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/15/2010 | German Munoz | /s/ German Munoz              . |
| Date | Type Name | Signature |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed order or judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney)
who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) <u>ORDER TO SHOW CAUSE</u>
Time was entered on the date indicated as AEntered@ on the first page of this judgment or order and
will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to
controlling General Order(s) and LBR(s), the foregoing document was served on the following person(s)
by the court via NEF and hyperlink to the judgment or order. As of <u>**October 15, 2010**</u>, the following
person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary
proceeding to receive NEF transmission at the email address(es) indicated below.

Charles Daff, cdaff@epiqtrustee.com
US Trustee, ustpregion16.sa.ecf@usdoj.gov
John E. Bouzane, fasteviction service@linkline.com
Jonathan Cothran, kczlawbk@gmail.com

☐ Service information continued on attached page

**II.   SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy
of this judgment or order was sent by United States mail, first class, postage prepaid, to the following
person(s) and/or entity(ies) at the address(es) indicated below:

Justina Nam Ramirez, 11851 Percheron Road, Garden Grove, CA 92843

☐ Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: No later than the deadline specified in paragraph
3.b.(3) of this order,  the party lodging the order must serve a complete copy bearing an AEntered@
stamp on the persons/entities identified in paragraph 3.b.(3) using the service method(s) required by
paragraph 3.b.(3).

Dan Nguyen, 11851 Percheron Road, Garden Grove, CA 92843
Dan Nguyen, 750 East Grand Canyon Drive, Chandler, AZ 85249
Dan Nguyen, C/O:  John Bouzane, Esq., 634 Oak Court, San Bernardino, CA 92410
Dan Nguyen, C/O:  Real Property Management, 7400 Center Ave., Ste. 210, Huntington Beach,
CA 92647
Justina Ramirez, 12662 Nelson Street, Apt. H, Garden Grove, CA 92840

ORDER TO SHOW CAUSE
- 4 -