B6B (Official Form 6B) (12/07)

In re    **Justina Nam Ramirez** ,    Case No. __**8:10-bk-17503**__

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **$40.00, In purse.** | - | **40.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America checking. Garden Grove Harbor Branch.** | - | **0.00** |
| | | | **Bank of America Savings. Garden Grove Harbor Branch.** | - | **0.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Bed, 2 x couches, television, 2 x nightstands, computer, and microwave.**<br>**11851 Percheron Road**<br>**Garden Grove, CA 92843** | - | **400.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Daily wear clothing.**<br>**11851 Percheron Road**<br>**Garden Grove, CA 92843** | - | **400.00** |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **840.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Justina Nam Ramirez**, Case No. __**8:10-bk-17503**__
                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential Future Class Action Claim** | - | **23,000.00** |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **23,000.00** |

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Justina Nam Ramirez**,    Case No. **8:10-bk-17503**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1991 Honda Accord**<br>**11851 Percheron Road**<br>**Garden Grove, CA 92843** | - | **1,200.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **1,200.00**
(Total of this page)
Total >    **25,040.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  **Justina Nam Ramirez**,   Case No.  **8:10-bk-17503**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| $40.00, In purse. | C.C.P. § 703.140(b)(5) | 40.00 | 40.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank of America checking. Garden Grove Harbor Branch. | C.C.P. § 703.140(b)(5) | 100% | 0.00 |
| Bank of America Savings. Garden Grove Harbor Branch. | C.C.P. § 703.140(b)(5) | 100% | 0.00 |
| **Household Goods and Furnishings** | | | |
| Bed, 2 x couches, television, 2 x nightstands, computer, and microwave.<br>11851 Percheron Road<br>Garden Grove, CA 92843 | C.C.P. § 703.140(b)(3) | 400.00 | 400.00 |
| **Wearing Apparel** | | | |
| Daily wear clothing.<br>11851 Percheron Road<br>Garden Grove, CA 92843 | C.C.P. § 703.140(b)(3) | 400.00 | 400.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Potential Future Class Action Claim | C.C.P. § 703.140(b)(5) | 100% | 23,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1991 Honda Accord<br>11851 Percheron Road<br>Garden Grove, CA 92843 | C.C.P. § 703.140(b)(2) | 100% | 1,200.00 |
| | Total: | **25,040.00** | **25,040.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Jonathan P. Cothran | Atty Name (if applicable): | Jonathan P. Cothran |
| Street Address: | 1576 N. Batavia St., Suite 1C Orange, CA 92867 | CA Bar No. (if applicable): | 259210 |
| Filer's Telephone No.: | (714) 974-5652 | Atty Fax No. (if applicable): | (714) 221-0890 |

In re:

**Justina Nam Ramirez**

Case No. **8:10-bk-17503**

Chapter **7**

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☐ Yes   ☒ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A   ☒ B   ☒ C   ☐ D   ☐ E   ☐ F   ☐ G   ☐ H   ☐ I   ☐ J

☐ Statement of Social Security Number(s)     ☐ Statement of Financial Affairs
☐ Statement of Intention                      ☐ Other

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Justina Nam Ramirez**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**\*\*FOR COURT USE ONLY\*\***

DATED: **October 27, 2010**

**/s/ Justina Nam Ramirez**
**Justina Nam Ramirez**
*Debtor Signature*


*Co-Debtor Signature*

***\*\*SEE PROOF OF SERVICE\*\****

B-1008 *Revised November 2003*

# **PROOF OF SERVICE**

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: **October 27, 2010**                                   **Jonathan P. Cothran**
                                                              Print or Type Name

                                                              **/s/ Jonathan P. Cothran**
                                                              *Signature*

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

.

Justina Nam Ramirez
11851 Percheron Road
Garden Grove, CA 92843


Jonathan P. Cothran
Kiet, Cothran & Zirillo, APC
1576 N. Batavia St., Suite 1C
Orange, CA 92867


Ace Cash Express
1231 Greenway Drive, Ste. 600
Irving, TX 75038


Advanca America
13187 South Harbor Blvd.
Garden Grove, CA 92843


Americredit
Po Box 181145
Arlington, TX 76096


Arrow Financial Servic
5996 W Touhy Ave
Niles, IL 60714


Cap One
Po Box 85520
Richmond, VA 23285


Cash N More
3770 W. Mc Fadden Ave. #B
Santa Ana, CA 92704

```
Cba
25954 Eden Landing First Floor
Hayward, CA 94541


Cba Collection Bureau
25954 Eden Landing Rd
Hayward, CA 94545


Cbcs
Po Box 163250
Columbus, OH 43216


Central Finl Control
Po Box 66051
Anaheim, CA 92816


Certegy
P.O. Box 30046
Tampa, FL 33630


Cmre Finance
3075 E Imperial Hw Suite 200
Brea, CA 92821


Collection
Po Box 9134
Needham, MA 02494


Continental Currency Services
1108 E. 17th Street
Santa Ana, CA 92701
```

Dan Nguyen
634 Oak Ct.
c/o John E. Bouzane, Esq.
San Bernardino, CA 92410


Financial Credit Netwo
1300 W Main St
Visalia, CA 93291


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Gemb/Walmart
Po Box 981400
El Paso, TX 79998


Honda Fin
6261 Katella Ave # 1 A
Cypress, CA 90630


John E. Bouzane
634 Oak Ct.
San Bernardino, CA 92410


Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


Mcydsnb
9111 Duke Blvd
Mason, OH 45040

```
Mtn Ln Acq
Po Box 228
Stanton, CA 90680


Net Pay Advance
940 N. Tyler Road STE 208
Wichita, KS 67212-3266


Ocs Recovery Inc
109 S Main St
Lake Elsinore, CA 92530


PCC
8726-D Sepulveda Blvd., PMB 1321
Los Angeles, CA 90045


Professional Collectio
Po Box 45274
Los Angeles, CA 90045


QC Financial Services, Inc
c/o California Budget Finance
6532 Westminster Blvd.
Westminster, CA 92683


Regent Asset Management Solutions
7290 Samuel Dr., Ste: 200
Denver, CO 80221


Rjm Acq Llc
575 Underhill Blvd Ste 2
Syosset, NY 11791
```

```
Scott D. Wu
8726-D Sepulveda Blvd., PMB 1321
Los Angeles, CA 90045


Southwest Collection S
1111 E Katella Ave Ste 2
Orange, CA 92867


Speedy Cash
3611 North Ridge Road
Wichita, KS 67205-1214


Target Nb


US Bank/NA ND
4325 17th Ave. SW
Fargo, ND 58125
```

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jonathan P. Cothran<br>Kiet, Cothran & Zirillo, APC<br>1576 N. Batavia St., Suite 1C<br>Orange, CA 92867<br>(714) 974-5652 Fax: (714) 221-0890<br>259210<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Justina Nam Ramirez<br><br>Debtor(s). | CASE NO.: 8:10-bk-17503<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(INDIVIDUAL)**

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☐ Petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☒ Other: _Amended Schedules_    Date Filed: 8/27/10

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_/s/ Justina Ramirez_    8/27/10
*Signature of Signing Party*    Date
**Justina Nam Ramirez**
*Printed Name of Signing Party*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s)* or *Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_/s/ Jonathan P. Cothran_    8/27/10
*Signature of Attorney for Signing Party*    Date
**Jonathan P. Cothran 259210**
*Printed Name of Attorney for Signing Party*