CHARLES W. DAFF, BAR NO. 76178
2009 N. BROADWAY
SANTA ANA, CA 92706
Tel:  (714)541-0301
Fax:  (714)569-0515
Email: charlesdaff@yahoo.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:                              ) CASE NO: 08:10-17503 ES
                                    ) Chapter 7
JUSTINA NAM RAMIREZ                 )
                                    ) NOTICE OF TRUSTEE'S INTENT
                                    ) TO ABANDON PERSONAL PROPERTY
            Debtor(s)               ) OF THE ESTATE
                                    )
_____) (No hearing required)

TO THE CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to section 554(a) of the Bankruptcy Code [11 U.S.C. section 554(a)], the undersigned, duly qualified and acting trustee of this estate of the above-captioned debtor, intends to and will abandon the following described property as burdensome and of inconsequential value to the estate:

A potential Future Class Action listed by the debtor with a value of $23,000.00 and claimed fully exempt in the amended schedules filed on 10/27/10.

Any objection or request for hearing must be filed within fifteen (15) days from the date of service of this Notice with the clerk of the Bankruptcy Court, at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth Street, 2nd Floor,

1  Santa Ana, California 92701 and serve a copy of such request on
2  the United States Trustee at 411 W. Fourth Street, Suite 9041,
3  Santa Ana, CA 92701 and the Chapter 7 Trustee at 2009 N.
4  Broadway, Santa Ana, CA 92706.
5       If no objections have been filed within fifteen (15)
6  days from the date of service of this Notice, the above-
7  referenced property will be deemed abandoned without further
8  order of the Court pursuant to Local Bankruptcy Rule 6004-1.
9
10
11 DATED: October 27, 2010                    _____
                                              CHARLES W. DAFF
12                                            Chapter 7 Trustee

-2-

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1576 N Batavia St., Ste. 1C, Orange, CA 92867

A true and correct copy of the foregoing document described as **NOTICE OF TRUSTEE'S INTENT TO ABANDON PERSONAL PROPERTY OF THE ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 27, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

US Trustee:         ustpregion16.sa.ecf@usdoj.gov
Jonathan Cothran:   kczlawbk@gmail.com
James Hogan:        customer.service.bk@americredit.com
John Bouzane:       fastevictionservice@linkline.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (Indicate method for each person or entity served):**
On **October 27, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (Indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **Fill In Date Document Is Filed,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 27, 2010 | Maria Anduray | _/Maria Anduray/_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                             F 9013-3.1.PROOF.SERVICE

Additional Noticed Parties:
Creditors:
Ace Cash Express, 1231 Greenway Drive, Ste. 600, Irving, TX 75038
Advanca America, 13187 South Harbor Blvd., Garden Grove, CA 92843
Americredit, Po Box 181145, Arlington, TX 76096
Arrow Financial Servic, 5996 W Touhy Ave, Niles, IL 60714
Cap One, Po Box 85520, Richmond, VA 23285
Cash N More, 3770 W. Mc Fadden Ave. #B, Santa Ana, CA 92704
Cba, 25954 Eden Landing First Floor, Hayward, CA 94541
Cba Collection Bureau, 25954 Eden Landing Rd, Hayward, CA 94545
Cbcs, Po Box 163250, Columbus, OH 43216
Central Finl Control, Po Box 66051, Anaheim, CA 92816
Certegy, P.O. Box 30046, Tampa, FL 33630
Cmre Finance, 3075 E Imperial Hw Suite 200, Brea, CA 92821
Collection, Po Box 9134, Needham, MA 02494
Continental Currency Services, 1108 E. 17th Street, Santa Ana, CA 92701
Dan Nguyen, 634 Oak Ct., c/o John E. Bouzane, Esq., San Bernardino, CA 92410
Financial Credit Netwo, 1300 W Main St, Visalia, CA 93291
First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104
Gemb/Walmart, Po Box 981400, El Paso, TX 79998
Honda Fin, 6261 Katella Ave # 1 A, Cypress, CA 90630
John E. Bouzane, 634 Oak Ct., San Bernardino, CA 92410
Lvnv Funding Llc, Po Box 740281, Houston, TX 77274
Mcydsnb, 9111 Duke Blvd, Mason, OH 45040
Mtn Ln Acq, Po Box 228, Stanton, CA 90680
Net Pay Advance, 940 N. Tyler Road STE 208, Wichita, KS 67212-3266
Ocs Recovery Inc, 109 S Main St, Lake Elsinore, CA 92530
PCC, 8726-D Sepulveda Blvd., PMB 1321, Los Angeles, CA 90045
Professional Collectio, ,Po Box 45274 Los Angeles, CA 90045
QC Financial Services, Inc, c/o California Budget Finance, 6532 Westminster Blvd., Westminster, CA 92683
Regent Asset Management Solutions, 7290 Samuel Dr., Ste: 200, Denver, CO 80221
Rjm Acq Llc, 575 Underhill Blvd Ste 2,Syosset, NY 11791
Scott D. Wu,8726-D Sepulveda Blvd., PMB 1321 , Los Angeles, CA 90045
Southwest Collection S, 1111 E Katella Ave Ste 2, Orange, CA 92867
Speedy Cash, 3611 North Ridge Road, Wichita, KS 67205-1214
Target Nb, 3901 W 53rd St., Sioux Falls, SD 57106
US Bank/NA ND,4325 17th Ave. SW , Fargo, ND 58125

Judge: Honorable Erithe Smith, 411 W 4th Street, Suite 5041, Santa Ana, CA 92701
Debtor: Justina Ramirez, 12662 Nelson St Apt H, Garden Grove, CA 92840

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                              F 9013-3.1.PROOF.SERVICE